## 67636. HEAD v. THE STATE.
(327 SE2d 239)

PER CURIAM.

On certiorari, *Head v. State*, 253 Ga. 429 (322 SE2d 228) (1984), the Supreme Court has reversed our judgment of affirmance in *Head v. State*, 170 Ga. App. 324 (316 SE2d 791) (1984). Therefore, our former judgment is vacated and the judgment of the trial court is reversed in accordance with the mandate of the Supreme Court opinion.

*Judgment reversed. Birdsong, P. J., Carley and Beasley, JJ., concur.*

DECIDED JANUARY 7, 1985.

*Carl P. Greenberg*, for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Richard E. Hicks, Harvey W. Moskowitz, Assistant District Attorneys*, for appellee.